| AO 10 Rev. 1/2011 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2010 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) Scullin, Frederick J. | 2. Court or Organization US District Court (NDNY) | 3. Date of Report 05/04/2011 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) Senior Judge- Active . | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2010 to 12/31/2010 |
| 7. Chambers or Office Address PO Box 7255 100 S. Clinton St Syracuse, NY 13261 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

Scullin, Fredrick, J.

| Name of Person Reporting | Date of Report |
|---|---|
| Scullin, Frederick J. | 05/04/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | New York Intellectual Property Law | March 26 -27, 2010 | New York, NY | Dinner and Meeting | Transportation, food, hotel |
| 2. | George Mason University Law and Economics Center Seminar | November 5 - 11, 2010 | Captiva Island, FL | Seminar | Transporation, food, hotel |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scullin, Frederick J. | 05/04/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scullin, Frederick J. | 05/04/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Brokerage Account #1 | | | | | | | | | |
| 2. National Financial Brokerage Account- Treasury Fund MM | A | Interest | J | T | | | | | |
| 3. Common Stock- AT&T (T) | A | Int./Div. | J | T | Buy | 04/28/10 | J | | |
| 4. iShares COMEX Gold Trust ETF (IAU) | | None | K | T | | | | | |
| 5. Common stock- Nextera Energy (formerly FPL) | A | Int./Div. | J | T | | | | | |
| 6. Lord Abbett- Large Cap Value A | A | Int./Div. | K | T | | | | | |
| 7. Brokerage Account #2 IRA | | | | | | | | | |
| 8. National Financial Brokerage Account- Prime Fund MM | A | Interest | K | T | | | | | |
| 9. Common Stock- ConocoPhillips (COP) | A | Dividend | J | T | Sold (part) | 09/08/10 | J | B | |
| 10. Common Stock- Nextera Energy (formerly FPL) | A | Int./Div. | J | T | | | | | |
| 11. Powershares Emerging Markets Sovereign Debt ETF (PCY) | A | Int./Div. | J | T | | | | | |
| 12. SPDR Lehman Int'l Treasury ETF (BWX) | A | Int./Div. | | | Sold | 05/13/10 | J | A | |
| 13. PIMCO All Asset All Authority | A | Int./Div. | J | T | Buy | 03/12/10 | J | | |
| 14. PIMCO Global Multi Asset | A | Int./Div. | J | T | Buy | 03/12/10 | J | | |
| 15. Merger Fund | A | Int./Div. | J | T | Buy | 03/12/10 | J | | |
| 16. JPMorgan Market Neutral | A | Int./Div. | J | T | Buy | 03/12/10 | J | | |
| 17. PIMCO Commodity Real Return | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scullin, Frederick J. | 05/04/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date nun/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Brokerage Account #3 IRA | | | | | | | | | |
| 19. National Financial Brokerage Account- Prime Fund MM | A | Interest | K | T | | | | | |
| 20. Common Stock- ConocoPhillips (COP) | A | Dividend | J | T | Sold (part) | 09/08/10 | J | A | |
| 21. SPDR Lehman Int'l Treasury ETF (BWX) | A | Int./Div. | | | Sold | 05/13/10 | J | A | |
| 22. iShares Investment-Grade Corp Bond ETF (LQD) | A | Int./Div. | | | Sold | 06/01/10 | J | A | |
| 23. Common Stock- Nextera Energy (formerly FPL) | A | Int./Div. | J | T | | | | | |
| 24. Powershares Emerging Markets Sovereign Debt ETF (PCY) | A | Int./Div. | J | T | | | | | |
| 25. JPMorgan Market Neutral | A | Int./Div. | J | T | Buy | 03/12/10 | J | | |
| 26. Merger Fund | A | Int./Div. | J | T | Buy | 03/12/10 | J | | |
| 27. PIMCO All Asset All Authority | A | Int./Div. | J | T | Buy | 03/12/10 | J | | |
| 28. PIMCO Global Multi Asset | A | Int./Div. | J | T | Buy | 03/12/10 | J | | |
| 29. Merrill Lynch CMA account | A | Int./Div. | J | T | | | | | |
| 30. Merrill Lynch CMA account | A | Int./Div. | J | T | | | | | |
| 31. GE Interest Plus Money Market | A | Interest | J | T | | | | | |
| 32. Massachussetts Mutual SPLD | | None | K | T | | | | | |
| 33. Franklin 529 Plan- Small Mid Cap Growth | A | Int./Div. | | | Sold | 03/23/10 | J | | |
| 34. Franklin 529 Plan- Growth | A | Int./Div. | | | Sold | 03/23/10 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scullin, Frederick J. | 05/04/2011 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Frederick J. Scullin**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544